IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: Joanne Reeves,<br>Debtor(s). | CHAPTER 13<br>CASE NO. 09-33342 |

OBJECTION TO MOTION TO AVOID LIEN AND
MOTION TO SET HEARING ON DATE OF CONFIRMATION

COMES NOW A & M Furniture Mart, Inc., by and through counsel, and objects to Motion to Avoid Lien on Personal Property and as grounds states that the Creditor would like to examine the Debtor under oath concerning matters contained in the motion, and the creditor's meeting is not scheduled till February 4, 2010. Further, the Creditor would request that the Court set a hearing on this motion to be held on the same date as the confirmation hearing, which is currently scheduled for March 8, 2010.

/s/Richard C. Dean, Jr.
Attorney for A & M Furniture Mart, Inc.

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama 36101-1028
334-264-2896
ALH

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Joanne Reeves | Richard D. Shinbaum, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 3472 Southmont Drive | P.O. Box 201 | P.O. Box 173 |
| Montgomery, AL 36105 | 566 South Perry Street<br>Montgomery AL 36101-0201 | Montgomery AL 36101 |

/s/ Richard C. Dean, Jr.
OF COUNSEL