IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:   Joanne Reeves,<br>Debtor(s). | CHAPTER 13<br>CASE NO. 09-33342 |

## OBJECTION TO CONFIRMATION

COMES NOW A & M Furniture Mart, Inc., by and through counsel, and objects to the Debtor's plan and states as grounds that the Debtor still has property that belongs to A & M Furniture and that Debtor has neither listed the claim secured nor offered to surrender the property. Therefore this objection is filed.

                                                          /s/Richard C. Dean, Jr.
                                                          Attorney for A & M Furniture Mart, Inc.

OF COUNSEL
P.O. Box 1028
Montgomery, Alabama   36101-1028
334-264-2896
ALH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Joanne Reeves | Richard D. Shinbaum, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 3472 Southmont Drive | P.O. Box 201 | P.O. Box 173 |
| Montgomery, AL 36105 | Montgomery AL 36101-0201 | Montgomery AL 36101 |

                                                    /s/ Richard C. Dean, Jr.
                                                       OF COUNSEL