IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                       CHAPTER 13 CASE
                                                                  NO. 09-33342-DHW

**JOANNE H. HAMILTON,**
**XXX-XX-9437**

       **Debtor(s).**

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## TRUSTEE'S OBJECTION TO SECURED STATUS OF CLAIM

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to Court Claim #23 (Trustee Claim #14) filed in the above-referenced Chapter 13 case by Title Cash of Montgomery, and as grounds for said objection states as follows:

1. The creditor filed a secured claim and provided a copy of a pawn agreement reflecting the debtor's pledge to give a security interest in a 1997 Chrysler Town & Country (VIN #1C4GP64L4VB338238), along with a copy of the certificate of title to the vehicle. The title did not reflect any lienholder.

2. On April 14, 2010, Trustee wrote to the creditor informing that the claim failed to provide the proper documentation to substantiate a perfected security interest in the debtor's property.

3. On April 20, 2010, the Trustee received a duplicate copy of the same title that was provided with the proof of claim from the creditor.

4. The creditor in fact has no lien on said vehicle, and therefore, does not have a perfected security interest. It is the Trustee's contention that this claim is due to be paid unsecured in that the creditor has not provided proof of security interest or proof of the debt as provided by Rule 3001(c) of the <u>Federal Rules of Bankruptcy Procedure</u>.

WHEREFORE, the Trustee objects to the secured status of Court Claim #23 of Title Cash of Montgomery, and moves this Honorable Court to disallow the creditor's secured claim, but allow the creditor's claim as UNSECURED to be paid pursuant to the terms of the debtor(s) confirmed plan.

Respectfully submitted this 10th day of May 2010.

                      Curtis C. Reding
                      Standing Chapter 13 Trustee

By:   /s/   Sabrina L. McKinney
       Sabrina L. McKinney
       Staff Attorney
       ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO STATUS OF CLAIM has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 10th day of May 2010.

                      /s/   Sabrina L. McKinney
                      Sabrina L. McKinney

Joanne H. Hamilton
3472 Southmont Drive
Montgomery, AL 36105

Richard D. Shinbaum (electronic filing)

Title Cash of Montgomery
3100 Atlanta Hwy.
Montgomery, AL 36109